```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

**WILLIE CONNER,** :

    **Plaintiff,** :

**vs.** : CIVIL ACTION 07-00063-WS-B

**GROVER SMITH,** *et al.,* :

    **Defendants.** :

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Plaintiff's Complaint be and is hereby **DISMISSED** with prejudice.

**DONE** this 12th day of August, **2009**.

                           s/WILLIAM H. STEELE
                           **UNITED STATES DISTRICT JUDGE**