```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

| | |
|---|---|
| **WILLIE CONNER,** | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 07-00063-WS-B |
| **GROVER SMITH,** *et al.,* | : |
| Defendants. | : |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff's Complaint be and is hereby **DISMISSED** with prejudice.

**DONE** this 12th day of August, **2009**.

 s/WILLIAM H. STEELE
 UNITED STATES DISTRICT JUDGE